# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CV18** |
| v. | ) | |
| | ) | |
| **ROBERT R. MCCOWAN,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court *sua sponte*.

The record reveals this case was filed on January 14, 2008. **See** Filing No. 1. On February 14, 2008, the plaintiff filed a waiver of service executed, which had been sent on January 14, 2008. **See** Filing No. 3. There has been no other activity in the case.

Pursuant to NECivR 41.1: "The court may at any time dismiss an action for lack of prosecution when it appears it is not being prosecuted with reasonable diligence." It remains the plaintiff's duty to go forward in prosecuting the case by, for example, moving for a clerk's entry of default. Upon consideration,

**IT IS ORDERED:**

The plaintiff shall show cause why this case should not be dismissed for failure to prosecute the defendant. The showing of cause shall be filed electronically on or before the close of business **on May 19, 2008.**

DATED this 7th day of May, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge